## Commonwealth *v.* McCarthy, Appellant.

Argued September 13, 1965; reargument refused November 9, 1965. *F. Peter Dixon,* with him *L. Pat McGrath,* for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

FLOOD, J., absent.

## Commonwealth *v.* Mahoney, Appellant.

Argued September 14, 1965. *Gailey C. Keller,* with him *Ellsworth S. Keller,* for appellant; *John R. Morgan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

FLOOD, J., absent.